James L. Blair, #016125
Randy L. Kingery, #022913
**RENAUD COOK DRURY MESAROS, PA**
One North Central, Suite 900
Phoenix, Arizona 85004-4417
Telephone: (602) 307-9900
Facsimile: (602) 307-5853
*jblair@rcdmlaw.com*
*rkingery@rcdmlaw.com*

*Attorneys for Defendant Gatestone & Co. International, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Valerie A. Priser, | CV13-00872-TUC-RCC |
| Plaintiff, | |
| v. | **NOTICE OF PENDING SETTLEMENT** |
| Gatestone & Co. International, Inc., | *(Assigned to the Honorable Raner C. Collins)* |
| Defendant. | |

Defendant, Gatestone & Co. International, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

**RESPECTFULLY SUBMITTED** this 24<u>th</u> day of September, 2013.

**RENAUD COOK DRURY MESAROS, PA**

By */s/Randy L. Kingery*
James L. Blair
Randy L. Kingery
One North Central, Suite 900
Phoenix, Arizona 85004-4417
*Attorneys for Gatestone & Co. International, Inc.*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 1, CV13-00872-TUC-RCC)         [2478-0072]         920134

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of September, 2013, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to the following CM/ECF participants.

Honorable Raner C. Collins
**UNITED STATES DISTRICT COURT**
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 5170
Tucson, Arizona  85701-5051

Floyd W. Bybee, Esq.
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Suite 5
Chandler, AZ  85226-4687
*Attorneys for Plaintiff*


*/s/Vicki L. Cobbs*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ  85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853