# UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| Valerie A Priser,<br><br>    Plaintiff,<br>vs.<br><br>Gatestone & Company International Incorporated,<br><br>    Defendant. | JUDGMENT IN A CIVIL CASE<br>Case No. CV 13-872-TUC-RCC |

**IT IS ORDERED AND ADJUDGED**, pursuant to the parties' Joint Stipulation of Dismissal, this action in its entirety is **dismissed with prejudice**, each party to bear its own costs and attorneys' fees.

October 4, 2013                                        BRIAN D. KARTH
Date                                                              CLERK

                                                         s/M. Rodriguez
                                                      (By)  Deputy Clerk